**Order entered October 4, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00776-CV

## IN THE INTEREST OF O.J.O. AND E.J.O., CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-23995**

## ORDER

Before the Court is the September 27, 2019 request of Janet Saavedra, Official Court Reporter for the 254th Judicial District Court, for a sixty-day extension of time to file the reporter's record. Ms. Saavedra explains that she will be on family leave for the month of October. We **GRANT** the motion to the extent that Ms. Saavedra shall file the reporter's record by **November 26, 2019**. To the extent that Ms. Saavedra request guidance as to whether all requested records are needed for the appeal, we **DENY** the motion. We caution Ms. Saavedra that further extension requests will be strongly disfavored.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE